718

Submitted March 24, 1970. *John J. Brier,* Assistant Public Defender, for appellant; *Harry P. O'Neill, Jr.,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Tselepis, Appellant.

Argued April 13, 1970. *Charles F. Bowers, Jr.,* with him *James B. Ceris,* for appellant; *Herbert G. Summerfield, Jr.,* Assistant District Attorney, with him *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tyczkowski, Appellant.

Submitted April 13, 1970. *Vedder J. White,* Public Defender, for appellant; *Robert B. McCullough,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Tyczkowski, Appellant.

Submitted April 13, 1970. *Vedder J. White,* Public Defender, for appellant; *Robert B. McCullough,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Walker, Appellant.

Submitted March 24, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wardrop, Appellant.

Submitted April 13, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Watkins, Appellant.

Submitted April 13, 1970. *S. Sanford Kantz,* and *Levine and Kantz,* for appellant;